UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2021
```

ALBERTO GONZALEZ,

                              Plaintiff,

            -against-

JEAN ATELIER LLC

                              Defendant.

1:20-cv-01022-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Complaint in this action was filed on February 5, 2020 [ECF No. 1].  Plaintiff took

no action to prosecute this case until December 8, 2020, when he requested a certificate of

default for Defendant.  The certificate of default was issued the next day [ECF No. 9], but

Plaintiff has taken no action to prosecute this case since then.  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued for failure to prosecute without

costs to any party and without prejudice to restoring the action to this Court's calendar if the

application to restore the action is made by **April 30, 2021.**  If no such application is made by that

date, today's dismissal of the action is with prejudice.  *See LeSane v. Hall's Sec. Analyst, Inc.*, 239

F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).


**SO ORDERED.**

**Date:  March 31, 2021**
**        New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**