| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 7/13/2021 |

ALBERTO GONZALEZ.,

                Plaintiff,

-against-

JEAN ATELIER LLC,

                Defendant.

1:20-cv-01022 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court will hold a hearing on Plaintiff's motion for a default judgment on August 25, 2021 at 2:30PM. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

    Plaintiff is directed to serve a copy of this order on Defendant along with another copy of Plaintiff's motion for a default judgment and all supporting papers. Proof of service must be filed on the ECF docket on or before July 23, 2021.

**SO ORDERED.**

Date: July 13, 2021
      New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**