```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERTO GONZALEZ,

                Plaintiff,

-against-

JEAN ATELIER, LLC,

                Defendant.

1:20-cv-01022 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff filed a Proposed Order to Show Cause Without Emergency Relief on May 21, 2021 [ECF No. 14] along with two declarations [ECF Nos. 15-16], a Statement of Damages [ECF No. 17], and a Proposed Default Judgment [ECF No. 18].

    IT IS HEREBY ORDERED that the hearing scheduled for August 25, 2021 at 2:30pm is adjourned for failure to comply with the Court's Individual Rules. Plaintiff is admonished to review the Rules if it seeks to file a motion for default judgment.

**SO ORDERED.**

Date: **August 20, 2021**
       **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**