UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2022
```

ALBERTO GONZALEZ,

                Plaintiff,

-against-

JEAN ATELIER LLC

                Defendant.

1:20-cv-01022-MKV

ORDER DENYING MOTION FOR
DEFAULT JUDGMENT

MARY KAY VYSKOCIL, United States District Judge:

      Plaintiff's Motion for Default Judgment [ECF No. 22] is DENIED without prejudice. The Court has reviewed Plaintiff's submissions and is unable to determine whether Plaintiff owns the copyright at-issue in the Complaint [ECF No. 1]. Plaintiff is directed that, to the extent Plaintiff intends to renew his motion, any such motion should be accompanied by supporting evidence of a certified deposit copy of the copyright certificate and photograph subject to the copyright registration at-issue here.

**SO ORDERED.**

**Date: January 18, 2022**
**New York, NY**

*(signature)*
**MARY KAY VYSKOCIL**
**United States District Judge**